AO 106 (Rev. 7/87) Affidavit for Search Warrant

# United States District Court

DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

A First Class Registered Parcel Measuring 7.5"x 5.5"x3"
addressed to E. Paolucci, 300 Quaker Lane
PMB #138 Warwick, RI 02886-6682, USA

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER: 1:05M83A

I Almindo Correia being duly sworn depose and say:

I am a(n) U.S. Postal Inspector and have reason to believe
Official Title

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)
In the Custody of the U.S. Postal Inspection Service.

in the ______ District of Rhode Island

there is now concealed a certain person or property, namely (describe the person or property to be seized)
A First Class Registered Parcel Measuring 7.5"x5.5"x3" addressed to E. Paolucci, 300 Quaker Lane, PMB #138 Warwick, RI 02886-6682, USA

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

concerning a violation of Title 21 United States code, Section(s) 841(a)(1) and 846.

The facts to support a finding of Probable Cause are as follows:
See Attached Affidavit of U.S. Postal Inspector Almindo Correia.

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Almindo Correia
Signature of Affiant

Sworn to before me, and subscribed in my presence

6/14/05 at Providence, Rhode Island
Date City and State

Lincoln D. Almond, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

# AFFIDAVIT

I, Almindo Correia, upon oath, do depose and state:

1. I am a United States Postal Inspector assigned to the Boston Division. I have been a Postal Inspector for approximately 14 years.

2. I make this affidavit in support of a Search Warrant for the following described item:

A first-class registered mail package and it contents, postmarked from Thailand, bearing the date May 31, 2005, addressed to E. Paolucci, 300 Quaker Lane, PMB #138, Warwick, Rhode Island 02886-6682, USA, currently in the custody of the United States Postal Inspection Service, 24 Corliss Street, Providence, RI.

3. The U.S. Postal Inspection Service has become aware that drug traffickers have been utilizing mail service offered by the U.S. Postal Service to transport controlled substances. Based upon my training as a U.S. Postal Inspector, I have learned that both International and Domestic mail has been a means to transport controlled substances including steroids sent into New England.

4. On May 31, 2005, a Registered mail package was mailed from Thailand. The package bears a handwritten address of E. Paolucci, 300 Quaker Lane, PMB #138, Warwick, Rhode Island 02886-6682, USA. The package measures approximately 7.5 inches long by 5.5 inches wide by 3 inches deep and weighs approximately 12.7 ounces. The package is brown in color and is taped at all seams.

5. On June 1, 2005, U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement (BICE), profiled and seized a mail package in San Francisco, California and found it to contain 1000 units of anabolic steroids. The mail package was addressed to E. Paolucci, 300 Quaker Lane, PMB #38, Warwick, RI 02886-6682, USA.

6. On June 6, 2005, 300 Quaker Lane was identified as C Mail and Ship, a Commercial Mail Receiving Agency (CMRA). C. Mail and Ship confirmed that Paolucci was currently renting PMB #138 not #38 and he routinely received packages from Thailand.

7. On June 8, 2005, at approximately 11:30 A.M. members of the U.S. Food and Drug Administration, Office of Criminal Investigations, Postal Inspection Service, Warwick Police,

and BICE initiated surveillance on 300 Quaker Lane, Warwick, Rhode Island. It was learned that an additional four mail packages had been received from Thailand addressed to E. Paolucci, 300 Quaker Lane, PMB #138, Warwick, Rhode Island 02886-6682, USA. Each of the four packages had the same style of packaging and handwriting as the mail package seized by BICE.

8. The package seized by BICE in San Francisco along with the additional four packages that had arrived that day were placed with the owner of C. Mail and Ship. The mail packages were too large to place in Mr. Paolucci's rented box. Postal Inspector Correia maintained surveillance inside C. Mail and Ship for the duration of the surveillance.

9. At approximately 1:50 P.M., Mr. Paolucci entered the C. Mail and Ship and took possession of the five packages from the owner and exited the establishment. Mr. Paolucci was arrested at this time. The packages had been delivered to the intended recipient and were no longer in the possession to the U.S Postal Service, therefore a State search warrant was drafted and signed by Judge Patricia Moore. The search warrant was executed on the packages recovered from Mr. Paolucci at the Warwick Police Department. The packages contained approximately three thousand pink steroid pills and approximately two thousand green heart shaped pills of an unknown substance. There was a piece of paper in the package which identified the green pills as steroids. They have been sent to the laboratory for testing.

10. On June 9, 2005, personnel from the Warwick, Rhode Island Post Office contacted me and stated that the above mentioned Registered mail package addressed to E. Paolucci, 300 Quaker Lane, PMB #138, Warwick, Rhode Island 02886-6682, USA, had arrived from Thailand. Postal Inspectors retrieved this Registered mail package on the same date.

11. Based upon the above, I submit there is probable cause to believe that the item described in Paragraph 2 contains controlled substances in violation of Title 21, United States Code, Section 841(a)(1) and 846.

ALMINDO CORREIA
POSTAL INSPECTOR
U.S. POSTAL INSPECTION SERVICE

Sworn and subscribed in my presence on
This 14th day of June 2005

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE