AO 93 (Rev. 8/98) Search Warrant (Reverse)



## RETURN

CASE NUMBER:

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6-14-05 | 6-16-05 | GARY NEIRINCKX PM. WARWICK |

INVENTORY MADE IN THE PRESENCE OF

TFA TIMOTHY HESTON FDA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

A FIRST CLASS REGISTERED PARCEL ADDRESSED TO
E PAOLUCCI, 360 QUAKER LANE, PMB #138 WARWICK, RI
02886-6682, USA
CONTENTS 2 BOTTLES LABELLED 100 CT COMPOUND CURCUMA
XANTHORRHIZA CAPSULES (HERBAL ONE)
ONE BOTTLE CONTAINED 503 BLUE HEART SHAPED PILLS
ONE BOTTLE CONTAINED 501 BLUE HEART SHAPED PILLS

FILED
2005 JUN 23 P 2: 49
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] 6/23/05

U.S. ~~Judge or~~ Magistrate Judge — Date